Sheet1

| user_id | timestamp | action | size | path |
|---|---|---|---|---|
| 634453072 | Wed, 28 Dec 2016 05:07:04 GMT | added | 0 | /Root/Mine |
| 634453072 | Wed, 28 Dec 2016 05:08:03 GMT | added | 5797819 | /Root/Mine/Video Jul 13, 12 47 58 PM.mov |
| 634453072 | Wed, 28 Dec 2016 05:08:10 GMT | added | 5540754 | /Root/Mine/Video Jul 13, 12 48 02 PM.mov |
| 634453072 | Wed, 28 Dec 2016 05:08:16 GMT | added | 4808770 | /Root/Mine/Video Jul 13, 12 48 09 PM.mov |
| 634453072 | Wed, 28 Dec 2016 05:08:27 GMT | added | 4808770 | /Root/Mine/Video Jul 13, 12 48 09 PM (1).mov |
| 634453072 | Wed, 28 Dec 2016 05:08:38 GMT | added | 7238228 | /Root/Mine/Video Jul 13, 12 47 44 PM.mov |
| 634453072 | Wed, 28 Dec 2016 05:08:51 GMT | added | 9561268 | /Root/Mine/Video Dec 27, 11 43 11 PM.mp4 |
| 634453072 | Wed, 28 Dec 2016 05:08:56 GMT | added | 3209186 | /Root/Mine/Video Jul 13, 12 48 06 PM.mov |
| 634453072 | Wed, 28 Dec 2016 05:09:16 GMT | added | 3209186 | /Root/Mine/Video Jul 13, 12 48 06 PM (1).mov |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 0 | /Root/Mine/- 1 young |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 1141446 | /Root/Mine/- 1 young/fe413e2e-6c97-44c0-a9f2-3df044b48d18.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 10532858 | /Root/Mine/- 1 young/fb5ee571-0680-4bbc-8db4-0926ff968954.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 14955493 | /Root/Mine/- 1 young/edac806a-07af-4d17-abf3-96802f497bbc.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5753290 | /Root/Mine/- 1 young/ece726b0-e68d-4d4b-b8b1-243cd70516ba.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 8737208 | /Root/Mine/- 1 young/e988c807-24f8-479d-83d5-379a40f55897.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 36540041 | /Root/Mine/- 1 young/e4b1d323-ac58-4f61-b0a3-207835a2f8a4.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 11094920 | /Root/Mine/- 1 young/e24182ee-08a1-4382-b4c8-69c04485bdd9.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 7078195 | /Root/Mine/- 1 young/de35df96-e40d-47cb-86df-fea257f1dadf.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 2304623 | /Root/Mine/- 1 young/da24613b-3cba-4cd5-b101-2296ad396a13.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 1916510 | /Root/Mine/- 1 young/d27755c4d-5497-4383-869f-8bf5a6c2d176.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 14998667 | /Root/Mine/- 1 young/c928ba61-1e0c-48ae-a042-e73b3dddc8ff.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5538606 | /Root/Mine/- 1 young/be9936e08-54a1-4a60-b1a6-95bc06ad941b.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 10679184 | /Root/Mine/- 1 young/b1233239-53ec-45a0-98c1-3c797446d5a3.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 10539656 | /Root/Mine/- 1 young/a8db26d5-1f99-4ce1-bc40-13fdc53d322f.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5508931 | /Root/Mine/- 1 young/9f0a1c66-a91f-4f70-bd0c-d1e63c78b991.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 6871114 | /Root/Mine/- 1 young/962eba4c-721e-40f9-ad48-6f6315e2c34d.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 10092426 | /Root/Mine/- 1 young/940f81d9-9f72-46bd-8768-2a7e28607543.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 1672151 | /Root/Mine/- 1 young/92d79cd0-b980-40ed-af17-798a2c37b72d.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 8148029 | /Root/Mine/- 1 young/92ba9d38-a921-454c-a9fe-b0bf8d1acf51.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5207652 | /Root/Mine/- 1 young/90c8f0l2e-3d88-42c8-91ff-16f5e2be6f92.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 420330 | /Root/Mine/- 1 young/8c75b927-c4e7-4042-b923-ed528d2f0914.jpg |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 10436114 | /Root/Mine/- 1 young/85828682-ecfe-4b13-aca6-2c94e24b1ff1.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 1195655 | /Root/Mine/- 1 young/7bd0cb7c-7093-40fc-8049-0a1b557c91fb.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 11650855 | /Root/Mine/- 1 young/7b41ab14-4389-430f-826c-471a182bdcbf.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 1959834 | /Root/Mine/- 1 young/7a063750-b407-41a1-ba2e-2ef83a95896b.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 11811486 | /Root/Mine/- 1 young/77d177c9-c280-4e59-b3a0-d7058094b1d9.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 8285147 | /Root/Mine/- 1 young/6f654a2b-63a9-48f6-b345-a23b6f2134f7.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 4523136 | /Root/Mine/- 1 young/6f6540-c15d-45b2-85c8-7b39b8720a5.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 2621127 | /Root/Mine/- 1 young/658f0f85-1437-45d3-a098-b1582e80144e.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 6599986 | /Root/Mine/- 1 young/5d67482f-a726-47d9-994c-90c5e54c36f3.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 3046511 | /Root/Mine/- 1 young/57ce5084-b5be-4ad7-84d0-1449a3d68991.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5641467 | /Root/Mine/- 1 young/54a3262c-0a0e-4599-bffa-3b363295c14a.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 6438153 | /Root/Mine/- 1 young/48fc382b-fca4-4f85-99a8-3707a3aca9f8.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 4209760 | /Root/Mine/- 1 young/46a2e15f-062b-4b05-a0f7-81d9a8b0c2a3.mp4 |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 7008768 | /Root/Mine/- 1 young/4639e3ae-40e0-4128-ac02-d00cd2bc7366.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 4662419 | /Root/Mine/- 1 young/45053025-8ace-4f26-8747-1ccba4f077d1.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 12200573 | /Root/Mine/- 1 young/3d97f795-fa24-4637-8354-5cb2cecbe8a.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 12375369 | /Root/Mine/- 1 young/2cf3ca43-6ac0-4ad0-8d41-020f143069d9.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5721483 | /Root/Mine/- 1 young/fe6cfdd2-ea74-417e-915d-1028069c695.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 4296574 | /Root/Mine/- 1 young/29a0d6c1-ea6d-441e-8c13-79a7d2351aec.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 843759 | /Root/Mine/- 1 young/23628273-f2eb-4446-9bf0-46314a1caf34.jpg |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 3220261 | /Root/Mine/- 1 young/2b4aacb5-df43-4c22-9da4-b6aaa443b1d31.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 5181310 | /Root/Mine/- 1 young/14fb4241-b92c-487c-bb38-876c44335ce35.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 6220906 | /Root/Mine/- 1 young/12fa1839-b57e-4e3d-bc68-51ee699bc55c.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 12941875 | /Root/Mine/- 1 young/02195632-4a08-4393-ae46-71e165dc33e8.mp4 |
| 634453072 | Wed, 28 Dec 2016 06:24:55 GMT | added | 3105873 | /Root/Mine/- 1 young/1ffdc37f-9d0b-4b5e-ad0d-d2aaf7d8e53d.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 3058343 | /Root/Mine/babes/Video Jun 12, 1 41 18 PM (1).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 13881907 | /Root/Mine/babes/Video Feb 11, 5 04 13 PM (4).mov |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 2762620 | /Root/Mine/babes/Video Feb 11, 5 02 21 PM (2).mov |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 8119853 | /Root/Mine/babes/girls/9e370971-525b-413d-9161-504dda321df9.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 6939854 | /Root/Mine/babes/girls/31c2642c-c33f-4d19-9a80-534c22d523f9.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 9826950 | /Root/Mine/babes/girls/2df99fcf-43bf-4ee0-861d-01ba72c1a437.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 0 | /Root/Mine/babes/girls |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 12385609 | /Root/Mine/babes/fafbc0d2-3024-4492-ac31-a9f774a58529.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 84340036 | /Root/Mine/babes/fa817a09-ed78-4a5a-b266-37be5e08e5dc.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 335043 | /Root/Mine/babes/f1d65244-4a46-456d-a193-e081592a6cb8.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 4577568 | /Root/Mine/babes/f14a6a64-21c6-444d-9bf5-6170587d3c87.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 794855 | /Root/Mine/babes/ec7c7b0f-a4a8-4d54-bd46-aee8ff2d6bef.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 8823287 | /Root/Mine/babes/e59adf4a-f0d9-4c94-9b63-c34bc4fda8d8.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 317923 | /Root/Mine/babes/e3086420-0dab-4781-9bca-5d9a6c1125e8.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 2210375 | /Root/Mine/babes/e0564d29-598f-411e-81da-f4e6d698ab78.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 6951043 | /Root/Mine/babes/d26b7016-b44f-419b-ab5e-c17fceb3515f.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 1977921 | /Root/Mine/babes/ae36b635-bead-4fe3-8399-7c989b34338a.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 8109523 | /Root/Mine/babes/a8261cbc-bef8-4a83-aa89-616495fef7cb.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 8752206 | /Root/Mine/babes/a33b85e1-88ee-4d22-8dc0-34d4f2ec6d84.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 10905920 | /Root/Mine/babes/9dffc42e-32bc-4540-a9a0-4c0fca326026.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 319127 | /Root/Mine/babes/93bb4ea5-d253-4769-ab08-53c829f352ca.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 3702808 | /Root/Mine/babes/8fb8f43a-91bc-4f50-ae8f-8fbd32c22aef.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 9302780 | /Root/Mine/babes/8257e34b-37bf-495f-9bcb-1700e244330b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 7849622 | /Root/Mine/babes/7de17864-ef35-44f0-8c79-5fdaf0a08e97.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 1779419 | /Root/Mine/babes/7805f0f2-6a85-4444-950a-c0deb779b531.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 355615 | /Root/Mine/babes/6c31d004-8939-4a6f-882e-9e5aa99263e3.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 6998542 | /Root/Mine/babes/5be376dc-1d25-4320-b1e8-516af1f0670e.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 468599 | /Root/Mine/babes/5bb716b0-f77f-4ad2-97d2-620610fa53f5.jpg |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 13471076 | /Root/Mine/babes/55CA3046.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 8967698 | /Root/Mine/babes/397eac9b-53ce-4fd5-b2bc-538136d90eae.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 7816093 | /Root/Mine/babes/2015-07-25 13.51.54.mov |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 11564054 | /Root/Mine/babes/2014-09-03_09-19-14_953.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 7313507 | /Root/Mine/babes/1cfddfe8-d862-4487-a212-90637b442220.mp4 |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 3310062 | /Root/Mine/babes/18484807-fc69-41c6-80b9-f73e85daa44c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 3217613 | /Root/Mine/babes/0733b3a5-ca12-4be7-a2c2-978a900d8006.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:18:14 GMT | added | 0 | /Root/Mine/babes |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3226310 | /Root/Mine/4 (1)/d3d357b9-b065-4b92-bd67-86f3c8703808.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 10910279 | /Root/Mine/4 (1)/e9db9fcb-5f77-4768-a807-3bbd5303a697.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 10209759 | /Root/Mine/4 (1)/e8b05fdd-f5a3-44a0-9e28-5d9d875f106c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 360920 | /Root/Mine/4 (1)/e73c723c-6c08-4b71-8be9-5329b614ba8a.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1974432 | /Root/Mine/4 (1)/e6161888-c027-4f70-b35f-58a3bc6ba9a3.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6876544 | /Root/Mine/4 (1)/e2c32d06-5e58-4062-b7cf-783869ac33f8.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8772781 | /Root/Mine/4 (1)/e0c8bdb7-9e40-4ecd-bb74-f0166b99745.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7000006 | /Root/Mine/4 (1)/e05bc93b-f8dd-4836-97ed-ebd806d49eb.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4540273 | /Root/Mine/4 (1)/e02a3f8e-d3cb-49ff-af71-7255fc0b599e.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 10062466 | /Root/Mine/4 (1)/db62a407-e7e1-46e6-b7b1-3cd73f2c0f6e.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1377261 | /Root/Mine/4 (1)/da57a0d8-ae69-4d63-8733-44a1245fcdb7.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6421007 | /Root/Mine/4 (1)/d95f02d9-4d6c-4aa9-a080-13e3458d23e6.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1988535 | /Root/Mine/4 (1)/d78346cc-a141-4b65-adae-2a45c0a71d5d.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 10709272 | /Root/Mine/4 (1)/d7529209-4ba1-483c-815c-e707ff901eb3.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6323548 | /Root/Mine/4 (1)/d7496161-6ad9-4a56-b7be-9ff58d0a1c29.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8798692 | /Root/Mine/4 (1)/d5464e92-5e57-41c5-b837-208bbfabf4ff.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4436614 | /Root/Mine/4 (1)/ec9d3cf9-45c8-4e55-8b50-95b26dc2d279.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5463235 | /Root/Mine/4 (1)/d023f66d-4e28-4bf6-8bc1-aef15157b49.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6971100 | /Root/Mine/4 (1)/cf649640-b8c3-4383-aa3c-8c5e74dcbd92.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7284448 | /Root/Mine/4 (1)/cc84b692-1021-4b1c-8448-68da8e70a35b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5824214 | /Root/Mine/4 (1)/cb85034b-3081-44ed-9162-89e6ed49737b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 900225 | /Root/Mine/4 (1)/cb81e181-3e3e-473e-a255-de26cd87c1eb.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 14448862 | /Root/Mine/4 (1)/caee104f-bf9b-4ab2-a218-e8af07e2759c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7698918 | /Root/Mine/4 (1)/cad39418-3943-44b0-8ad7-c5c710d982dc.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2032853 | /Root/Mine/4 (1)/ca737713-102a-440a-9e0f-7ccebd2b6a1d.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3754014 | /Root/Mine/4 (1)/c9846630-95a8-42e0-bc71-39d4e00a4586.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1016729 | /Root/Mine/4 (1)/c8e7d9e9-40a8-432e-b5c0-5244f660ad81.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4450783 | /Root/Mine/4 (1)/c8d11aba-5e0a-4e8e-a01d-8ce842281942.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5295260 | /Root/Mine/4 (1)/c8c2c625-1436-487c-823f-ec823aa373db.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4723763 | /Root/Mine/4 (1)/c89ce1e7-10f2-4040-bebb-ce75de3d3761.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8194184 | /Root/Mine/4 (1)/c633e4ab-d156-4612-bc05-269c48907283.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3555303 | /Root/Mine/4 (1)/c51c52e0-4837-42fa-821f-087d4d930204.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7940784 | /Root/Mine/4 (1)/c4a86844-39a7-46d8-8a19-bfc0c572735a.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6971934 | /Root/Mine/4 (1)/c185f567-a16a-4e79-a21a-f4a95245a05f.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1997223 | /Root/Mine/4 (1)/bf195763-0e99-47be-9c1c-a5bcc8f7f983.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3294196 | /Root/Mine/4 (1)/bdc9f88-9f08-4ea2-991e-0c50ac20cb2f.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6420470 | /Root/Mine/4 (1)/bcc6da33-0ec4-497c-90f4-f6e33de3e29b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2756965 | /Root/Mine/4 (1)/ba7c9db0-e31c-4322-974c-e23a02332b81.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6803322 | /Root/Mine/4 (1)/ba5ff194-8579-4f49-ace2-0dae6010ccde.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5545126 | /Root/Mine/4 (1)/b95ed8bf-59be-4823-ac14-cf0266c5ad00.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6192574 | /Root/Mine/4 (1)/b6c30003-5a5e-4905-8d13-c9eebc20c948.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6124851 | /Root/Mine/4 (1)/b6895888-3550-4f4c-9941-701c87444409b.mp4 |

Sheet1

| ID | Date | Action | Size | Path |
|---|---|---|---|---|
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2470158 | /Root/Mine/4 (1)/b67e6087-87bd-41da-bb6f-9a3564b168b7.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5614592 | /Root/Mine/4 (1)/b5b1a7f2-d828-42e7-a585-f3cf0e0df4dd.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 647182 | /Root/Mine/4 (1)/b57fa340-9ae2-47dc-91eb-c335899b1ed8.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 11608666 | /Root/Mine/4 (1)/b4881245-afad-4488-8a72-482283d5682b0.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2887322 | /Root/Mine/4 (1)/b3d534b2-1402-489a-bc43-49300e3d2f78.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 131158490 | /Root/Mine/4 (1)/b22b4425-1131-4596-a9cd-ad652a98a2ab.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6775332 | /Root/Mine/4 (1)/b1a49860-4694-4f7b-a26e-599b7b3ff1cd.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 19585531 | /Root/Mine/4 (1)/af775bc4-76d1-46af-b0ef-7f3133ec7cfb.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7576738 | /Root/Mine/4 (1)/ae109f5b-91d4-4705-be2b-f8b31c82f392.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 71256641 | /Root/Mine/4 (1)/adc6344d-e4f0-43c6-bdba-eba56085b7ce.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6545606 | /Root/Mine/4 (1)/acec9d38-f010-4b78-9c98-9bf35158fd38.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1786476 | /Root/Mine/4 (1)/abf0f22d-e370-44bc-b437-745051c913e9.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1607270 | /Root/Mine/4 (1)/ab716e0f-0418-4b1b-8c24-f5b62a2b494b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8795728 | /Root/Mine/4 (1)/ab66e129-c920-4b00-8e2b-1bc85e9f8175.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1900649 | /Root/Mine/4 (1)/ab547b6c-fcb0-4c7d-b43d-0bed072f2ac1.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3788377 | /Root/Mine/4 (1)/aa65ceba-2256-4b13-8594-cba6c97707a2.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 9533768 | /Root/Mine/4 (1)/a8bbff95-a53b-4c9d-a3ec-c3e566cc9487.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2794023 | /Root/Mine/4 (1)/a803e9f5-65cf-4d75-9ade-253ee9ea31ca.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8639194 | /Root/Mine/4 (1)/a4f5e6fb-8c29-40a9-8099-7a9a936e8127.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 43328518 | /Root/Mine/4 (1)/459b0bed-0a7c-4bb7-a5af-e67e8a8c5bc4.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7015042 | /Root/Mine/4 (1)/a4a9b7c0-ba60-46d1-bd5c-25b34259499  8.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7547210 | /Root/Mine/4 (1)/a3e0df37-3378-48e2-954c-9395048267d.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5394679 | /Root/Mine/4 (1)/a3db48d8-d20b-48dd-b64c-23b2d04dff4b.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3886131 | /Root/Mine/4 (1)/a24fb43c-1a67-4470-ba99-5550a892aeda.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7760582 | /Root/Mine/4 (1)/a1d3a8f2-a8e9-4321-963d-4304ffa52e34.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1902778 | /Root/Mine/4 (1)/a126c818-466c-49bb-b7ef-f915e548f823.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1165980 | /Root/Mine/4 (1)/a0094573-78b2-4e20-8d25-f2ebe2cbfc96.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8710103 | /Root/Mine/4 (1)/98e49f6a-46f0-496b-b486-d61b1e0e885f.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1781778 | /Root/Mine/4 (1)/98c0ded0-b229-43a6-95d1-950c302a18bc.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8003146 | /Root/Mine/4 (1)/98453e6b-4d35-4b53-8296-ca756d8304a9 (1).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1978880 | /Root/Mine/4 (1)/97340_5dd-c624-4a66-bc23-bd225da7fd3c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6248765 | /Root/Mine/4 (1)/955aea2c-e991-45fd-973f-cc0c50316b41.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2019710 | /Root/Mine/4 (1)/94a52750-2971-4116-9b3e-a56d1568323d3.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6498651 | /Root/Mine/4 (1)/941a205e-b660-4837-8f61-d7e82c0644c1.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3200448 | /Root/Mine/4 (1)/92e64cbb-d9f8-4dcf-a052-e12774c3b80.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 889601 | /Root/Mine/4 (1)/9292552e-2ba6-4b78-b1d4-6c9ef0229ee3.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3668009 | /Root/Mine/4 (1)/9178f54c-f372-492f-a6e1-3c17250e2697.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3892839 | /Root/Mine/4 (1)/90e7c259-88890-4205-871f-e8b3d02d88c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 43356666 | /Root/Mine/4 (1)/90c7ef2b-1781-42d3-91d2-9628b1aff933.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6981951 | /Root/Mine/4 (1)/88282e9a-b153-4f65-9348-4c4725ae999f.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 8383890 | /Root/Mine/4 (1)/87600d1d3-440d-4ce9-b698-0de37945940c.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6986541 | /Root/Mine/4 (1)/8718af38-3a0b-46eb-9e2c-018586906aa0.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1619974 | /Root/Mine/4 (1)/84bf467e9-508e-404f-bb8c-d42f3b6df827.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 662039 | /Root/Mine/4 (1)/83955b71-6394-4e34-b4c9-a659ff0c75fe.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2793041 | /Root/Mine/4 (1)/81053759-1b62-47d7-bda9-36aa25bebc86.mp4 |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4527725 | /Root/Mine/4 (1)/8015ed4f-9f9d-4070-81b5-3d3056ef7b17..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6969224 | /Root/Mine/4 (1)/7a72a43b-1992-45df-8f8b-cda21bbbc6e1..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2002113 | /Root/Mine/4 (1)/7a0514cd-6f19-424c-b889-cb777fc5b8b0..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2056822 | /Root/Mine/4 (1)/74e7737f-c2d3-4b0e-9976-4cbcb9ef90d9..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6259397 | /Root/Mine/4 (1)/719fb719-5032-4181-abe4-fb3195 9962a7..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7078077 | /Root/Mine/4 (1)/6fc21647-37ec-4220-aaf7-3968e30fe443..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6921609 | /Root/Mine/4 (1)/697cea87-da1b-476d-938f-32c0b3771ea9..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2017172 | /Root/Mine/4 (1)/697bf58f-bd24-467b-9369-36d28fe8bcf8..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 0 | /Root/Mine/4 (1) |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1801615 | /Root/Mine/4 (1)/02169a43-caee-4d48-862f-eb9b15a5e74e..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3974660 | /Root/Mine/4 (1)/0461 88c4-c9b1-4d8f-8f13-a7c36e50385e..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2031835 | /Root/Mine/4 (1)/061d7343-98c5-46b7-aaa3-9294a569dec7..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5198850 | /Root/Mine/4 (1)/064dbcda-2a03-45d7-bb2f-575cfbe68305..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7839922 | /Root/Mine/4 (1)/079ee858-23cc-4778-8abb-39538bbed1bc..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1751204 | /Root/Mine/4 (1)/088909b3-5041-44c7-a386-cbde14d67118..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3428050 | /Root/Mine/4 (1)/129bef69-e105-4f73-9847-26ceeb070ddf..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5893175 | /Root/Mine/4 (1)/155fb9e7-316d-4a14-9cd2-2a2ba3975ef..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2013557 | /Root/Mine/4 (1)/18322a47-44e4-4dfc-96d9-bd05c5689662..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 4900903 | /Root/Mine/4 (1)/192e7066-2635-4ee9-8ad6-2e7db661483f..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2025744 | /Root/Mine/4 (1)/296840e3-249e-49c9-86dc-510b7f2fedeb..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2231683 | /Root/Mine/4 (1)/303d3fee-4bdf-4e27-b7ba-cc209490831 1..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7019778 | /Root/Mine/4 (1)/3870584f-1c18-40d8-89b8-d35c66542228d..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 6380533 | /Root/Mine/4 (1)/4205e6da-d8d0-4965-bb7b-30d18a000112..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 9893074 | /Root/Mine/4 (1)/45019565-afb2-4be7-b49e-286ba70d83da..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2195905 | /Root/Mine/4 (1)/454764fb-1682-4746-8823-710fef719420..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1493394 | /Root/Mine/4 (1)/690f931e-0e9c-4d3a-86c4-9affec0325b6..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 5850442 | /Root/Mine/4 (1)/473f972a-ab69-4777-bc3b-e5c9145454c4..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1851505 | /Root/Mine/4 (1)/4758ae3e-be1d-48bb-9f59-2d0169717 8de..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2994455 | /Root/Mine/4 (1)/475a1814-14e6-4f62-aa08-90cdefca8bb7..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 7178608 | /Root/Mine/4 (1)/506a3d9f-d d5e-4efb-8fe8-502a04998191..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2025473 | /Root/Mine/4 (1)/508 38aec-381f-43cb-a77a-bf39f66de4e6..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2794432 | /Root/Mine/4 (1)/51 1fba2e-639e-4b85-b6e6-ec9b18361708..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1354228 | /Root/Mine/4 (1)/51399bdf-3d88-420e-b557-3bc080ac83b1..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 578275 | /Root/Mine/4 (1)/516e7683-bc5e-4b1b-bec7-12480408f16..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1322428 | /Root/Mine/4 (1)/552a5e30-ffd2-4dc2-9c7c-af4845a3ccec..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1940155 | /Root/Mine/4 (1)/58384ec4-2acc-4c2a-bf63-5859f62fdf7e..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1923922 | /Root/Mine/4 (1)/625e5910-dafc-4fbc-adcb-02fd7da01364..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2936354 | /Root/Mine/4 (1)/6280607 3-30a8-403c-97c5-70482edc5b5e..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3711615 | /Root/Mine/4 (1)/63bd42c7-dab4-42f7-b2d2-ee5ba39fc4dd..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 2587333 | /Root/Mine/4 (1)/6631cedd-49c9-4d31-93d4-bc0f26a41327..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 3888338 | /Root/Mine/4 (1)/6860 84f5-8613-491d-a6d7-1ecf4da082c9..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:19:12 GMT | added | 1282694 | /Root/Mine/4 (1)/a54ede1a-b995-42f9-8105-10c080536da8..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 2435313 | /Root/Mine/Videos/2014-06-10_22-30-25_803..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 7712823 | /Root/Mine/Videos/2014-06-10_22-44-46_329..mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 1634672 | /Root/Mine/Videos/2014-06-10_22-44-35_890..mp4 |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 3644528 | /Root/Mine/Videos/2014-06-10_22-36-54_545.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 4970270 | /Root/Mine/Videos/2014-06-10_22-32-50_541.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 5049653 | /Root/Mine/Videos/2014-06-10_22-32-24_923.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 1015304 | /Root/Mine/Videos/2014-06-10_22-32-13_979.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 3078371 | /Root/Mine/Videos/2014-06-10_22-32-04_842.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 19516326 | /Root/Mine/Videos/2014-06-10_22-31-30_557.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 7847760 | /Root/Mine/Videos/2014-06-10_22-31-15_746.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 14209662 | /Root/Mine/Videos/2014-06-10_22-30-41_032.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 2948912 | /Root/Mine/Videos/2014-06-10_22-30-32_488_(1).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 0 | /Root/Mine/Videos |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 7057935 | /Root/Mine/Videos/2014-06-10_22-30-18_631.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 9598633 | /Root/Mine/Videos/2014-06-10_22-30-08_541.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 5302636 | /Root/Mine/Videos/2014-06-10_22-30-01_490.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 4635682 | /Root/Mine/Videos/2014-06-10_22-29-50_337.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 1995803 | /Root/Mine/Videos/2014-06-10_22-28-46_311.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 4511116 | /Root/Mine/Videos/2014-06-10_22-28-18_943.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 2706874 | /Root/Mine/Videos/2014-06-10_22-28-06_004.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 7174994 | /Root/Mine/Videos/2014-06-10_22-27-48_219.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 3272683 | /Root/Mine/Videos/2014-06-10_21-57-02_929.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 2856401 | /Root/Mine/Videos/2014-06-10_21-55-36_045.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:35 GMT | added | 3711839 | /Root/Mine/Videos/141325082042.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 0 | /Root/Mine/Videos/Best Collection 2 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 39414875 | /Root/Mine/Me/SexTape.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 28042392 | /Root/Mine/Me/Shower pussy play 2_(new).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 27739895 | /Root/Mine/Me/spanksfucking-myself-with-my-big-dildo_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 24531338 | /Root/Mine/Me/playing-from-behind_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 49652170 | /Root/Mine/Me/playing with my dripping wet pussy_(new_1).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 3384295 | /Root/Mine/Me/My Movie_x2644.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 2994387 | /Root/Mine/Me/My Movie2_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 30711811 | /Root/Mine/Me/My Mov33ie_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 30016822 | /Root/Mine/Me/me-stripping-and-riding-my-dildo-till-i-cum_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 21942725 | /Root/Mine/Me/My Mddovie_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 119737637 | /Root/Mine/Me/Hitachi & Dildo.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 89902985 | /Root/Mine/Me/foot fetish_(new).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 23265288 | /Root/Mine/Me/dildo-ride_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 50568129 | /Root/Mine/Me/Dildo Ride 2_(new).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 25509876 | /Root/Mine/Me/cute strip tease_(new).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 16112730 | /Root/Mine/Me/BJ.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 24167083 | /Root/Mine/Me/anal_play_(new).mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 25233588 | /Root/Mine/Me/548C5366-1_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 5681372 | /Root/Mine/Me/548C34D5_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 28465702 | /Root/Mine/Me/548C3469_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 34588375 | /Root/Mine/Me/548BDC2E_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 15480773 | /Root/Mine/Me/548BDC21_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 37871319 | /Root/Mine/Me/548BDC11_x264.mp4 |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 26904490 | /Root/Mine/Me/5481427F_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 17213738 | /Root/Mine/Me/54814255_x264.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 8974250 | /Root/Mine/Me/2BB0D17.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 0 | /Root/Mine/Me |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 19995506 | /Root/Mine/Me/20.avi |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 8198724 | /Root/Mine/Me/19.mp4 |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 14846032 | /Root/Mine/Me/18.flv |
| 634453072 | Thu, 29 Dec 2016 04:20:58 GMT | added | 14651005 | /Root/Mine/Me/21.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 2461696 | /Root/Mine/vids/связанную.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 2781207 | /Root/Mine/vids/песби.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 13397895 | /Root/Mine/vids/ScreenRecord_20161008_204346.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 62370842 | /Root/Mine/vids/ScreenRecord_20161008_204116.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 13442132 | /Root/Mine/vids/INSPL20161125080501.ts |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 135 | /Root/Mine/vids/monlien.url |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 481153004 | /Root/Mine/vids/INSPL20161127151731.ts |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 129180044 | /Root/Mine/vids/INSPL20161127151704.ts |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 481153004 | /Root/Mine/vids/INSPL20161125080501.ts |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 8559992 | /Root/Mine/vids/fd94cfe85530b5748daddac47025736c.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 1608581 | /Root/Mine/vids/f844b60df4f2917f71ea4df018e9582e.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3018752 | /Root/Mine/vids/f1cbc7251e2c-77045969.vk.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3141655 | /Root/Mine/vids/e966f2ccd003.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3026134 | /Root/Mine/vids/e7a09b10b89e.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3215360 | /Root/Mine/vids/e304b420761a.240.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3379200 | /Root/Mine/vids/de9d42bf6104.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3338263 | /Root/Mine/vids/d88c4d9468a0.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3182592 | /Root/Mine/vids/d468052a1438-73489602.vk.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3280896 | /Root/Mine/vids/c7160504e9ea.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 7110060 | /Root/Mine/vids/c5e54730-c42a-441c-94e1-1909272613 5e.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3135916 | /Root/Mine/vids/b76d9d2283c8.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 6645243 | /Root/Mine/vids/ae5c3eb0d799873f6c8c0ff85af54cd9.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3698711 | /Root/Mine/vids/aa1b6dd7c881.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3706880 | /Root/Mine/vids/9a6f124aa35a.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 3674112 | /Root/Mine/vids/90cee67c16dc.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 4244289 | /Root/Mine/vids/8ee26bfdba43.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 4566230 | /Root/Mine/vids/86209d83e48f-97988343.vk.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 395302 | /Root/Mine/vids/7968a20808d46ff8df59f041eebc5a12.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 13074926 | /Root/Mine/vids/781d22b7-75c1-4994-bc6a-a442dc8f7f70.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 100073472 | /Root/Mine/vids/76e106aa2223c3c447b4dcc78c9026a8.wmv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 52797744 | /Root/Mine/vids/6eb0c1cb4242-25336132.vk.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 4527535 | /Root/Mine/vids/6563977f3-48c2-4231-a6ff-7b4734d046ba.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 5148672 | /Root/Mine/vids/44ab11bf0c7f.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 196133 | /Root/Mine/vids/3888ae3fa35570fa61014b6d998963d4.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 5647574 | /Root/Mine/vids/3791eaff8d77.360.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 0 | /Root/Mine/vids |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 7788972 | /Root/Mine/vids/178928acf0f5.flv |

Sheet1

| | | | | |
|---|---|---|---|---|
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 8556544 | /Root/Mine/vids/0f5b08bf0381-107551771.vk.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 6917408 | /Root/Mine/vids/0e3ecb73-dd1a-4d28-893e-45646cf77804.mp4 |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 9809110 | /Root/Mine/vids/0bace1cbfd19.flv |
| 634453072 | Fri, 17 Mar 2017 04:36:19 GMT | added | 7073815 | /Root/Mine/vids/1fa9e76e4370.360.mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 107074372 | /Root/V1/Cool 47-oxb.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 2643574 | /Root/V1/cool 6.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 84849542 | /Root/V1/cool 65.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 8702562 | /Root/V1/cool 40.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 8835517 | /Root/V1/cool 38.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 33140206 | /Root/V1/cool 33.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 9143963 | /Root/V1/cool 3.mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 11712015 | /Root/V1/cool 18.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 34451214 | /Root/V1/Amber.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 16650350 | /Root/V1/8emXDjfCG7sOAEAQTfyO8Td37EajFfYHtzg4gSperGX_9IM4AsYXY2mDmpgF |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 87501688 | /Root/V1/627w.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 15388286 | /Root/V1/3262Green-yn3.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 9093851 | /Root/V1/3262Green-yn2.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 84078564 | /Root/V1/2OmegleCuties.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 595519 | /Root/V1/23.6.2012.3gp |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 9055262 | /Root/V1/2014-06-23_19-42-48_432..mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 74325132 | /Root/V1/13 Yr Kissing Humnping.mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 1002189 | /Root/V1/0eba98c5-f4a9-4860-8f3b-d94b94c766b6_3uoosdrxsu6ofb2xgdu36q.mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 13802385 | /Root/V1/02665_sct.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 11253038 | /Root/V1/00422_SCT.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 0 | /Root/V1 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 43018599 | /Root/V1/Younow1.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 57801816 | /Root/V1/Younow 4.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 757171 | /Root/V1/voyeurlatinas (2034).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 5883318 | /Root/V1/voyeurlatina1 (35).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 5516361 | /Root/V1/voyeurlatina1 (125).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 15640803 | /Root/V1/voyeurlatina1 (112).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 2128337 | /Root/V1/voyeurlat pedo zoofmp4 (142).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 8894385 | /Root/V1/voyeurlat pedo zoofmp4 (133).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 12535564 | /Root/V1/SuperJB (236.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 10575592 | /Root/V1/Stckm 0649.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 43624448 | /Root/V1/Sandra Model - Sandra & Alice Part 2.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 48414720 | /Root/V1/Sandra Model - Climbing & Playing On A Hill.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 299550984 | /Root/V1/ReynaRosales-yn.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 10091651 | /Root/V1/pedof. voyer octubre (7).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 53857917 | /Root/V1/cool 8.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 7354243 | /Root/V1/pedof. voyer octubre (11).mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 2827528 | /Root/V1/Nud girl-trmp146288.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 114940390 | /Root/V1/Nicole-yn.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 12873658 | /Root/V1/new 1.mp4 |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 3872825 | /Root/V1/natalie1-yn.flv |

| | | | | |
|---|---|---|---|---|
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 5934366 | /Root/V1/kongofritz64_2173baits.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 13005558 | /Root/V1/Kenzie.flv |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 9330568 | /Root/V1/Katelynn.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 11405630 | /Root/V1/dad.avi |
| 634453072 | Wed, 21 Jun 2017 05:53:00 GMT | added | 1358408 | /Root/V1/pedof. voyer octubre (26).mp4 |