# Exhibit A

## Filed Under Seal

# Exhibit C

**Filed Under Seal**