# Exhibit B

# Katherine Snably, Psy.D., CSOTP

4320 Prince William Parkway, Suite 109
Woodbridge, VA 22192
ksnably@gmail.com

### *Licenses and Certifications*

| | |
|---|---|
| 06/13/2016 | **Licensed as a Psychologist in the District of Columbia** license number PSY1001161, expiration December 31, 2021 |
| 02/06/2015 | **Certified Sex Offender Treatment Provider** license number 0812000720 expiration June 30, 2021 |
| 02/07/2014 | **Licensed as a Clinical Psychologist in Virginia** license number 0810004952, expiration June 30, 2021 |

### *Special Skills*

Fluent in written and spoken Spanish

### *Education*

| | |
|---|---|
| 04/2008-08/2012 | **Doctoral Degree in Clinical Psychology**<br>American School of Professional Psychology at Argosy University Washington DC (AU/DC), Arlington, VA<br>American Psychological Association Accredited |
| 01/2006-04/2008 | **Masters of Arts in Clinical Psychology** AU/DC, Arlington, VA |
| 08/2000-12/2004 | **Bachelor of Science in Psychology and Bachelor of Arts in Spanish Literature**<br>Virginia Polytechnic Institute and State University (Virginia Tech), Blacksburg, VA |

### *Professional Training and Seminars*

| | |
|---|---|
| 01/25/2017 | **Mental Competency Evaluation for Immigration Court**, training given by Randy K. Otto, Ph.D. and Hon. Jack H. Weil |

| | |
|---|---|
| 10/11/16 | **STATIC-99R Training: How to code, interpret, report scores using the new (2016) manual and procedures** training by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 02/29/16-<br>03/01/16 | **Conducting Mental Health Evaluations for Capital Sentencing Proceedings** training by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 02/26/15-<br>02/27/15 | **Assessing Individuals Charged with Sexual Crimes** training by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 10/06/14 -<br>10/10/14 | **Basic Forensic Evaluation: Principles and Practice** training by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 05/21/14 | **Advanced Seminar: Expert Testimony and Trial Preparation** seminar given by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 03/31/14 -<br>06/02/14 | **Clinical Supervision Training: A Twelve Module Course** |
| 01/31/14 | **Assessing Risk for Violence with Juveniles** seminar given by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 01/15/14 | **DSM 5 Update Training** provided by Virginia Department of Juvenile Justice |
| 08/09/13 | **Applying the Good Lives Model to Work with Juvenile Sex Offenders** seminar provided by Department of Corrections SORT program |
| 12/14/12 | **Evaluating Individuals Found Not Guilty by Reason of Insanity** seminar given by the Institute for Law, Psychiatry, and Public Policy (ILPPP) |
| 11/30/12 | **Assessing Risk for Violence in Clinical Practice** seminar given by the Institute for Law, Psychiatry, and Public Policy (ILPPP) at the University of Virginia |

### *Clinical Experience*

**10/2017- present**    **Virginia Forensic Evaluation Review Panel**
Richmond, VA

*Forensic Evaluation Review Panel Member*

• Assesses Court-ordered forensic evaluations submitted to the Department of Behavioral Health and Developmental Services to ensure they conform with accepted forensic practice.

**01/2016- present**    **Woodbridge Psychological Associates, PC**
Woodbridge, VA

*Licensed Clinical Psychologist*

• Performs a variety of psychological evaluations including general, psychosocial functioning, personality and cognitive assessments, and forensic evaluations
• Provides psychotherapy using an array of empirically validated methods and techniques
• Provides consultation and testimony for legal matters
• Provides services in Spanish

**07/2015-03/2017**    **The Center for Clinical and Forensic Services, Inc.**
Fairfax, VA

*Licensed Clinical Psychologist and Certified Sex Offender Treatment Provider*

• Performs psychosexual evaluations to determine client's treatment needs
• Provides family, individual and group therapy for adolescents with problematic sexual behaviors
• Conducts therapy services in Spanish when needed
• Provides individual therapy to clients who have been the victim of sexual abuse

**12/2014-03/2016**    **Fairfax/Falls Church Community Services Board**- Fairfax County Adult Detention Center
Fairfax, VA

*Senior Clinician*

Supervisor: Charlene Bartlett

• Performs complex evaluations and makes independent diagnoses using Diagnostic and Statistical Manual of Mental Disorders
• Maintains a diverse caseload of clients with acute, chronic mental illness
• Assesses risk for suicidality and makes recommendations about where inmates may be safely housed within the detention center
• Conducts intensive clinical interventions
• Prepares diagnostic and forensic evaluations for court proceedings
• Consults with professionals on a variety of problems including delivery of needed services for clinically complex cases
• Provides liaison to community agencies to facilitate communication and service provision for clients requiring multiple services
• Monitors and analyzes the impact of psychotropic medication on client's functioning and mental status
• Provides crisis stabilization and crisis management


04/2013- 12/2014   **Virginia Department of Juvenile Justice**
Culpeper and Beaumont Juvenile Correctional Centers
Mitchells, VA and Beaumont, VA

*Psychologist Senior II*
Supervisor: Ronald Olivera, Ph.D.

• Provided sex offender specific individual and group psychotherapy for 9-15 young adults on a self-contained treatment unit in a maximum security juvenile correctional facility.
• Conducted psychosexual evaluations and sexual risk assessments for individuals preparing for reintegration into the community.
• Provided aggression management group psychotherapy services.
• Provided general mental health and emergency services for young adults at the juvenile correctional center during normal business hours.
• Provided on-call duties during non-business hours for mental health emergencies.
• Conducted daily mental status checks on individuals in the administrative segregation and special housing units.

- Conducted intake evaluations which included mental status and emotional and behavioral functioning assessments.
- Provided regular suicidal and self-injurious behavior assessments.
- Participated in treatment team meetings to evaluate offender emotional and behavioral functioning.

08/2011- 08/2012      **State Operated Forensic Services**
American Psychological Association Accredited Internship
St. Peter, MN

*Predoctoral Clinical Psychology Intern*
Supervisor: Angela Dugan, Psy.D., L.P.

- Completed a 2000 hour pre-doctoral internship which is approved by the American Psychological Association
- Maintained a caseload consisting of nine weekly, individual psychotherapy patients, all of whom have been adjudicated as Mentally Ill and Dangerous to the Public (Severely Mentally Ill) by the state of Minnesota
- Co-facilitated weekly psychotherapy groups including Dialectical Behavioral Therapy (DBT), Book Group, Anger Management, Support Group, Women's Issues Group, Prosocial Living, Psychoeducation, and Relationships Group
- Completed a variety of evaluations such as risk assessments (including sexual recidivism risk assessments), competency evaluations, cognitive updates, neuropsychological screenings, full psychological batteries, and Special Review Board reports. This included administration, scoring, and interpretation of cognitive and personality evaluation measures and the preparation of comprehensive reports.
- Psychological instruments used during evaluations include WISC, WAIS, PAI, MMPI, PCL-R, MoCA, BDI, Rorschach, RBANS, WMS, among others.
- Provided crisis intervention and therapy for individuals in acute distress, including patients displaying self-injurious behavior and/ or suicidal ideation
- Developed and implemented an Anger Management therapy group which incorporated Dialectical Behavioral Therapy (DBT) skills
- Co-facilitated intensive therapy groups for sexual offenders including groups for sexual offenders with developmental delays

- Attended several weekly didactic seminars on topics such as forensic assessment, case law, trauma informed care, motivational interviewing, Dialectical Behavioral therapy, the use of evidence based practices, and culturally sensitive assessment and intervention techniques
- Conducted therapy in Spanish with a Spanish-speaking patient

09/2009-06/2010    **Prince William Family Counseling**
Manassas, VA

*Doctoral Extern-Testing Track*
Supervisor: Henry Koch, Ph.D.

- Conducted a variety of psychological evaluations for children, adolescents, and adults
- Scored and interpreted test data
- Wrote psychological reports for a variety of mental health professionals
- Conducted intake evaluations and feedback sessions for Spanish speaking clients

09/2008-06/2009    **District of Columbia Superior Court, Child Guidance Clinic**
Washington, DC

*Doctoral Extern- Therapy Track*
Supervisor: Malcolm Woodland, Ph.D.

- Provided individual therapy to court-ordered adolescents, many of whom presented with symptoms of chronic post-traumatic stress and substance abuse
- Attended a weekly group therapy session for adolescents convicted of sexual offenses, which included a family therapy component
- Provided individual therapy for one adolescent in the sex offender therapy group
- Attended weekly group supervision seminars, which included didactic training and case presentations
- Wrote monthly reports for each client which were presented to judges during status hearings
- Maintained close contact with probation officers, parents, and other individuals responsible for adolescent clients

09/2007-05/2008        **Arlington County Detention Facility- ACT Substance Abuse Treatment Program**
Arlington, VA

*Master's Extern*
Supervisor: Arthur Moser, Ph.D.

• Performed initial evaluations to determine if inmates met criteria for admittance into the substance abuse program
• Conducted psychosocial evaluations on clients admitted to the ACT program
• Acted as primary therapist for two clients admitted to the program
• Cofacilitated group therapy sessions, including a co-occurring disorders group and substance abuse treatment groups

*Other Relevant Employment*

12/2007-06/2011        **Fairfax County Alcohol Safety Action Program**
Fairfax, VA

*Probation Counselor I*

• Conduct intake interviews to classify offenders into either education, intensive education, or treatment substance abuse programs Approximately 40% of interviews are conducted with individuals with only Spanish language capabilities
• Developed and implement a 10-week psychoeducational curriculum for individuals convicted of driving under the influence of alcohol
• Developed  and implement a 10-week psychoeducational curriculum for individuals convicted of possession of an illegal substance (drug possession)
• Manage class records and inform probation officers of whether or not clients successfully complete the psychoeducational program

02/2006-08/2007        **Fairfax County Juvenile and Domestic Relations Court**
Fairfax, VA

*Relief Counselor for the Girl's Probation House*

• Implemented individual care plans for adolescent girls on probation
• Cofacilitated group therapy sessions

- Participated in individual counseling sessions with residents
- Applied point system for rules and regulations of the residential facility