UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 21-076 (KBJ) |
| v. | : | |
| ADAM CHAZIN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Adam Chazin ("CHAZIN"), stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty: Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2); Possession of Unregistered Firearm, in violation of 7 D.C. Code, § 2502.01(a)); and Attempted Possession of a Large Capacity Ammunition Feeding Device, in violation of 22 D.C. Code § 1803, 7 D.C. Code § 2506.01(b)).

### Statement of Facts

The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the CyberTip Line, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individuals may notify NCMEC about the existence of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

1

On October 7, 2019, the Metropolitan Police of the District of Columbia's (MPDC) and Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) received a Cybertip from NCMEC regarding suspected child pornography. According to the Cybertip, the Dropbox Legal Team reported to NCMEC that forty-eight files containing suspected child pornography had been uploaded to a Dropbox account that was identified by the username "John Smith", ESP User ID "634453072", and e-mail address adamchazin1996@hotmail.com.

Law enforcement reviewed Dropbox records associated with this account, which show that the account was accessed on March 27, 2019 from internet protocol (IP) address 108.31.139.14.  IP address 108.31.139.149 was registered to Verizon. Records obtained from Verizon pursuant to legal process listed 6408 13th Street, Northwest Washington, DC as the service address for this IP address. Law enforcement databases revealed that Adam Chazin (CHAZIN) lived at this address.

The Dropbox account that CHAZIN accessed on March 27, 2019, contained thirty-five videos and thirteen partially downloaded files.  The majority of the files depicted pre-pubescent minor females engaging in sexually explicit conduct.  The following is a description of some of the videos found inside this Dropbox account, in a folder titled "-1young":

    a) A clothed pre-pubescent female child is shown, wearing pajamas and laying in between the legs of an adult man.  The adult man's erect penis is exposed to the camera.  The child is shown placing the man's penis in her mouth, and grasping his penis with her hands.

b) A pre-pubescent female child, observed laying on her back with the lower half of her body exposed to the camera. An adult man's penis can be seen rubbing and penetrating the child's vagina.

c) A clothed pre-pubescent female child, seen placing an adult man's penis in her mouth, and holding the man's penis with her hands. The videos shows the man removing the little girl's shirt, and ejaculating onto the child's chest and face.

d) An adult man's erect penis can be seen rubbing against a toddler's vagina. The child can be seen, nude from the waist down. The toddler's legs are spread open, as the adult man rubs his penis against the child's stomach and genitals. The adult man's penis slightly penetrates the child's vagina.

On February 10, 2020, members of the MPDC and FBI CEHTTF executed a search warrant at 6408 13th Street in Northwest Washington, DC, CHAZIN's residence. CHAZIN was present in the residence during the execution of the search warrant. When asked by members of CEHTTF if there were any firearms in the home, CHAZIN stated that there was an "AR" under his bed in his bedroom. During the search of CHAZIN's residence, a Ruger AR-556 was found inside an Amazon delivery box, under the bed in CHAZIN's bedroom. The Ruger AR-556 was dissembled into the lower receiver and upper receiver. The rifle had the serial number 856-60123.

Eight magazines with the capacity to hold up to thirty-one rounds of 5.56 ammunition were also found inside the same Amazon delivery box. Three of the magazines were loaded with thirty rounds of 5.56 ball ammunition; one was loaded with thirty-one rounds of 5.56 ball ammunition; one was loaded with twenty-eight rounds of 5.56 ball ammunition; one was loaded with twenty-two rounds of 5.56 ball ammunition; and two were unloaded. Law enforcement also

located three Glock pistol magazines which were each loaded with seventeen rounds of 9mm ammunition. These rounds were a mix of hollow point and ball round ammunition.

Two Apple iPhones belonging to CHAZIN were also recovered during the search of his residence. Both of these iPhones contained images depicting minors engaging in sexually explicit conduct. A description of some of these images is as follows:

a) An image depicting a prepubescent minor, shown with a mask covering her eyes. The child's wrists are bound together, and her arms are over her head. An adult man can be seen putting his erect penis into the child's mouth.

b) A close-up image depicting a toddler's penis. An adult male's hand can be seen in the image, and the man's thumb and forefinger are squeezing the child's penis.

c) An image depicting a minor female who appears to be in the very early stages of puberty, due to slight breast development, and an absence of pubic hair. The child is fully nude. The way the camera is positioned, the child's genitals are visible and appear to be the focal point of the image.

After being placed under arrest, CHAZIN was advised of his *Miranda* rights, which he agreed to waive and spoke with members of the CEHTTF. CHAZIN stated that he had purchased the Ruger AR-556 in Texas, and that he had registered the firearm in Texas. CHAZIN admitted that he had transported the firearm from Texas to Poolesville, Maryland, before transporting the firearm with magazines into the District of Columbia in April 2019. CHAZIN said that no one was aware that he had the firearm in the District of Columbia or that he brought the firearm into the District of Columbia. CHAZIN stated that he owned several magazines that were capable of holding thirty rounds of 5.56 ammunition. He also stated that he possessed the Glock magazines because he owned a Glock 17 which was in Texas.

CHAZIN has resided in Washington, DC since April 2019. A records check by the MPDC Gun Registry Unit found that CHAZIN does not possess a permit to carry a firearm in the District of Columbia, and that the recovered Ruger AR-556 is not registered in the District of Columbia. CHAZIN's possession of the recovered firearm, ammunition and large capacity ammunition feeding devices was intentional, and not by mistake or accident.

Respectfully,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY

*Amy E. Larson*
Amy E. Larson
Benjamin Bleiberg
Assistant United States Attorneys

DEFENDANT'S ACKNOWLEDGMENT

I, Adam Chazin, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 02-17-2021

*Adam Chazin*
Digitally signed by Adam Chazin
DN: C=US, E=adamchazin8@gmail.com, O=N/A, OU=N/A, CN=Adam Chazin
Reason: I am approving this document
Date: 2021.02.17 14:21:28-05'00'

Adam Chazin
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/17/21

Danny Onorato, Esq.
Attorney for Defendant